

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00381-CV

**CITY OF DEL RIO**,
Appellant

v.

Daniel **JALOMOS**,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 31037
Honorable Robert Cadena, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's memorandum opinion of this date, the order granting the plea to the jurisdiction and dismissing the suit filed by the City of Del Rio is AFFIRMED. It is ORDERED that Appellee Daniel Jalomos recover his costs of appeal from Appellant City of Del Rio.

SIGNED April 22, 2015.

Karen Angelini, Justice